IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN ACE JONES, | : |
| Plaintiff, | : |
| v. | : |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | : CIVIL ACTION NO. 1:18-cv-5784-AT |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation [Doc. 14] on Defendant's Motion to Dismiss [Doc. 9].

No objections have been filed in response to the Magistrate Judge's Non-Final R & R.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Non-Final Report and Recommendation as the opinion of the Court.  For the reasons stated in the Magistrate Judge's Non-Final Report and Recommendation, the Motion to Dismiss [Doc. 9] is GRANTED IN PART and DENIED IN PART. The motion is DENIED with respect to Count I and GRANTED with respect to Count II.

**IT IS SO ORDERED** this 12th day of August, 2019.

_____
**Amy Totenberg
United States District Judge**