UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOHN ACE JONES,** <br> **INDIVIDUALLY AND ON BEHALF** <br> **OF ALL OTHERS SIMILARLY** <br> **SITUATED,** <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL ASSET** <br> **MANAGEMENT SYSTEMS, INC.** <br> Defendant. | Case No.: 1:18-cv-05784-AT-CCB <br><br> CLASS ACTION <br> COMPLAINT <br><br> JURY TRIAL DEMANDED |

### Declaration of Ronald Edward Daniels

I, Ronald Edward Daniels, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I am a member in good standing of the bars of the following courts:

   Supreme Court of Georgia

   Georgia Court of Appeals

   Supreme Court of the United States

   Northern District of Georgia

   Middle District of Georgia

   Southern District of Georgia

2. I am a 2012 graduate of the Walter F. George School of Law. Immediately thereafter I began my legal employment with Burke Lasseter LLC in Warner Robins, Georgia focusing on the representation of consumers and businesses in banking matters and complex civil litigation. I formed Daniels Law LLC in June of 2015 and focus my practice there on the representation of consumers under various consumer protection statutes. Additionally, I handle some indigent defense matters for Houston County, handle CJA cases in the Middle District of Georgia, and serve as a Special Assistant Attorney General for the Division of Child Support Services in the Oconee Judicial Circuit.

From June of 2015 until September of 2016, I worked as a contract lawyer for C. Brian Jarrard, LLC handling civil litigation matters including a trademark dispute in this district, estate litigation, and felony criminal matters.

In March of 2017, I became Of Counsel to the firm of Stewart, Seay and Felton and manage their Macon office and handle a wide variety of personal injury matters. I ended my involvement with this firm in May of 2018.

3. I have been involved in more than 200 consumer cases in Georgia's trial courts and each of Georgia's federal district courts.

4. I have attended the following seminars relevant to my practice areas:

Fair Debt Collection Practices Act Bootcamp, Minneapolis, Minnesota (September 2016)

NACA Fair Debt Collection Practices Act Annual Conference, New Orleans, Louisiana (March 2017)

NCLC Fair Credit Reporting Act Annual Conference, Baltimore, Maryland (April 2017)

The Student Loan Law Workshop, Portland, Oregon (June 2017)

NACA Fair Debt Collection Practices Act Annual Conference, Chicago, Illinois (March 2018)

NACA Fair Debt Collection Practices Act Annual Conference, Las Vegas, Nevada (March 2019)

NCLC Fair Credit Reporting Act Annual Conference, Long Beach, California (May 2019)

5. I have been a presenter at the following:

2016 Winter Conference for Division of Child Support Services Attorneys, Helen, Georgia

      2017 Winter Conference for Division of Child Support Services Attorneys, Tybee Island, Georgia

      2018 Winter Conference for Division of Child Support Services Attorneys, Helen, Georgia

      2018 ProBono Roadshow, Macon, Georgia

      Advice and Best Practices for Effective Advocacy in Rural Georgia No Matter Where You Live, November 2018, YLD Fall Meeting

6.    I am a member of the following voluntary bar associations relevant to my practice:

      National Association of Consumer Advocates

      Consumer Law Section, State Bar of Georgia

      Georgia Trial Lawyers Association, Champion Member

      Additionally, I am the current President of the Oconee Judicial Circuit Bar Association, the Secretary of the Young Lawyers Division of the State Bar, and have served on numerous committees with the State Bar of Georgia.

Dated September 25, 2019.

                                /s/Ronald Edward Daniels
                                RONALD EDWARD DANIELS
                                Georgia Bar No.: 540854