UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN ACE JONES, ) <br> INDIVIDUALLY AND ON BEHALF ) <br> OF ALL OTHERS SIMILARLY ) <br> SITUATED, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FINANCIAL ASSET ) <br> MANAGEMENT SYSTEMS, INC., ) <br> ) <br>     Defendant. ) | Case No.: 1:18-cv-05784-AT-CCB |

**Notice of Settlement**

Plaintiff JOHN ACE JONES hereby notifies the Court the parties have reached a settlement and requests all deadlines be stayed for the parties to consummate said settlement. Plaintiff shall notify the Court of any issues consummating the settlement or file an appropriate dismissal within 45 days.

Submitted September 21, 2020.

**DANIELS LAW LLC**

/s/Ronald Edward Daniels
Ronald Edward Daniels
Georgia Bar No.: 540854

P.O. BOX 4939
Eastman, GA 31023
478.227.7331 (t)
478.352.0173 (f)
ron@dlawllc.com

## Certificate of Service

I hereby certify that I electronically filed the foregoing with any exhibits with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any counsel of record registered on the CM/ECF system.

Submitted September 21, 2020.

**DANIELS LAW LLC**

/s/Ronald Edward Daniels
Ronald Edward Daniels
Georgia Bar No.: 540854

P.O. BOX 4939
Eastman, GA 31023
478.227.7331 (t)
478.352.0173 (f)
ron@dlawllc.com
rondanielslaw.com